

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF SAN ANTONIO acting by and through City Public Service Board a/k/a CPS ENERGY,<br><br>         Appellant,<br><br>v.<br><br>PUBLIC UTILITY COMMISSION OF TEXAS,<br><br>         Appellee. | § <br> § <br> § <br> § <br> § <br> § <br> § | No. 08-14-00199-CV<br><br>Appeal from the<br><br>261st District Court<br><br>of Travis County, Texas<br><br>(TC# D-1-GV-13-000988) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2016.

STEVEN L. HUGHES, Justice

Before Rodriguez, J., Hughes, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment